FILED: October 4, 2013

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 12-4683

(5:09-cr-00216-FL-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ANES SUBASIC, a/k/a Mladen Subasic

      Defendant - Appellant

_____

O R D E R

_____

The court denies the motion for extension of time to file opening brief and joint appendix without prejudice to the filing of a motion to file opening brief and joint appendix out of time on or before October 12, 2013.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk